# Order

Michigan Supreme Court
Lansing, Michigan

March 9, 2016

153084

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

LYMANCE ENGLISH,
      Defendant-Appellee.

SC: 153084
COA: 330389
Oakland CC: 2014-250982-FH

_____/

On order of the Court, the application for leave to appeal the January 22, 2016 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted. We note that a similar issue is presented in *People v Smith* (Docket No. 153085), which we remanded to the Court of Appeals for consideration as on leave granted by order dated March 9, 2016.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 9, 2016


Clerk

t0308